# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>HAROLD KUPERSMIT,<br><br>  Defendant. | Case No. 2:25-cv-5963 |

## COMPLAINT

Plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General, brings this action to reduce assessments to judgment against Harold Kupersmit for unpaid federal income taxes and statutory additions to tax for the 2007 and 2008 tax years.

### JURISDICTION AND VENUE

1. Jurisdiction for this action is conferred on the Court by 28 U.S.C. §§ 1331, 1340, and 1345 and by 26 U.S.C. § 7402.

2. Venue is proper in this district by virtue of 28 U.S.C. § 1396 because Harold Kupersmit resides in this district.

### PARTIES

3. Plaintiff is the United States of America.

4. Defendant Harold Kupersmit resides at 612 B Wren Song Road, Yardley, Pennsylvania, which is in Bucks County.

REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT

5.  A delegate of the Secretary of Treasury made assessments for unpaid federal income taxes and penalties against Harold Kupersmit on the dates, and the amounts, and for the tax periods set forth below:

| Tax Year | Assessment Date | Tax Assessed | Outstanding Balance (through 10/13/25) |
|---|---|---|---|
| 2007 | 8/22/2011 | $ 1,424,625.00 | $ 4,462,230.82 |
| 2008 | 7/11/2011 | $ 870,220.00 | $ 2,629,452.95 |
| | | Total: | $ 7,091,683.77 |

6.  Proper and timely notice and demand for payment of the tax assessments described above in paragraph 5, above, was given to Harold Kupersmit.

7.  Statutory additions for interest have accrued and will continue to accrue on the unpaid balance of the assessments described in paragraph 5, above.

8.  Despite notice and demand for payment, Harold Kupersmit has failed to pay the United States the full amount owed as a result of the assessments described in paragraph 5, above.

9.  As a result of the foregoing, Harold Kupersmit is indebted to the United States with respect to assessments and penalties described in paragraph 5, above, in the amount of $7,091,683.77 as of October 13, 2025, plus statutory additions and interest that will continue to accrue thereafter according to law.

WHEREFORE, the United States prays that this Court:

A.  Enter judgment in favor of the United States and against Harold Kupersmit for the assessments set forth in paragraph 5, in the amount of $7,091,683.77 as of October 13, 2025, plus statutory additions and interest that will continue to accrue thereafter according to law;

B.  Award to the United States its costs of prosecuting this action; and

C. Grant such other relief as it deems just and proper.

Dated:  October 17, 2025

*/s/ Gokce T. Yurekli*
GOKCE YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: 202-598-0581
Fax: 202-514-6866
Gokce.T.Yurekli@usdoj.gov
*Counsel for the United States of America*